**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOAN LICHTMAN,  :  No. 65 EAL 2016
                   Petitioner  :
                           :  Petition for Allowance of Appeal from
                           :  the Order of the Superior Court
          v.  :

MICHAEL S. BOMSTEIN, ESQ.,  :
                   Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal and Motion to Add Supplemental Statement and Exhibit are **DENIED**.

    Justices Donohue and Dougherty did not participate in the consideration or decision of this matter.